# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., | Case No.: 2:18-cv-01590-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| EUSEBIA V. AGONIAS, et al., | |
| Defendants | |

Based on the plaintiff's response to my Order to Show Cause, I deem my order satisfied. I will not dismiss this lawsuit at this time based on the lack of subject matter jurisdiction. However, the plaintiff remains responsible for proving that this court can properly exercise diversity jurisdiction over this suit.

DATED this 17th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE