SAO
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorneys for Defendant Eusebio*
*Agonias and Pamatmat Agonias*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> EUSEBIO V. AGONIAS; PAMATMAT D. AGONIAS; ATLAS GROUP, LC; DOES 1-10, inclusive and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendant. | Case No.: 2:18-cv-01590-APG-PAL <br><br> **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS EUSEBIO V. AGONIAS AND PAMATAMAT AGONIAS TO RESPOND TO THE COMPLAINT** <br><br> (First Request) |

AMERICAN STRATEGIC INSURANCE CORP. ("Plaintiff") and EUSEBIO V. AGONIAS and PAMATMAT AGONIAS ("Defendants") state the following:

1. The Amended Complaint was filed on September 19, 2018. (ECF No. 11).

2. Defendants were purportedly served on October 9, 2018 (ECF Nos. 15 and 16).[1]

3. Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until October 30, 2018.

---

[1] The Affidavits of Service (ECF Nos. 15 and 16) are signed and dated October 23, 2018, with a filing date of October 24, 2018. Defendants do not admit that service was proper, and do not intend to waive, by filing this Stipulation, any defenses concerning any potential defects in service of process. Plaintiff does not concede that service was improper. Investigation concerning this issue continues.

4. Defendants have just recently retained counsel.

5. To allow Defendants' counsel to conduct a preliminary investigation of service issues, the Amended Complaint's allegations and to prepare a response, the parties agree to extend the date for Defendants to answer or otherwise respond to the Amended Complaint from October 30, 2018 to November 13, 2018.[2]

6. This Stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO AGREED AND STIPULATED:

KOELLER NEBEKER CARLSON & HALUCK, LLP

/s/ *Megan K. Dorsey*  10/30/18
MEGAN K. DORSEY, ESQ.
Nevada State Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada State Bar No. 4680
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Tel: 702.853.5500
E-mail: megan.dorsey@knchlaw.com

*Attorneys for Plaintiff*

SANTORO WHITMIRE

/s/ *James E. Whitmire*  10/30/18
JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: 702.948.8771
E-mail: jwhitmire@santoronevada.com

*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2018

---

[2] All defenses are intended to be reserved.

- 2 -