MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4680
KOELLER NEBEKER CARLSON
  & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
megan.dorsey@knchlaw.com
Attorneys for Plaintiff
AMERICAN STRATEGIC INSURANCE CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> EUSEBIO V. AGONIAS; PAMATMAT D. AGONIAS; ATLAS GROUP, LC; DOES 1-10, inclusive and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-01590-APG-PAL <br><br> **JOINT STATUS REPORT** |

**COME NOW**, Plaintiff, AMERICAN STRATEGIC INSURANCE CORP. (hereinafter "Plaintiff"), by and through its attorneys of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Defendants, EUSEBIO V. AGONIAS and PAMATMAT D. AGONIAS (hereinafter "Defendants"), by and through their attorneys of record, SANTORO WHITMIRE, and hereby submit this Joint Status Report as directed by the Court at the recent hearing on December 27, 2018. The parties are in active negotiations to resolve this matter and the parties anticipate that a formal resolution will be reached shortly.

The parties propose submitting another status report within twenty-one (21) days. It is foreseeable that a Stipulation for Dismissal may be submitted in the interim. The parties' proposal set forth herein is intended to relieve the Court of the necessity of further burdens of this matter.

**Status of Action:** Plaintiffs' Complaint seeks a judicial determination regarding its rights and duties under the policy of insurance issued to Defendants and pertains to a lawsuit filed against Defendants in the Eighth Judicial District of Nevada, Clark County (Case No. A-18-771932-C). Plaintiff filed its Complaint for Declaratory Relief on August 23, 2018, based upon complete diversity of the parties. (ECF No. 1 and ECF No. 11 at paragraphs 2, 4, 5-8, and 10.) Defendants filed their Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action (ECF No. 20) on November 13, 2018.

As noted herein, the parties are actively discussing a stay/dismissal of the declaratory relief action being put into place pending resolution of the lawsuit, Case No. A-18-771932-C, and their discussions have not yet concluded. The pending Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action (ECF No. 20) would be withdrawn as moot.

**Action Required by the Court:** There is currently pending one motion before the Court, Defendants' Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action (ECF No. 20) [hereinafter "Motion"]. This Motion will require adjudication by the Court. Plaintiffs' Response to the Motion was filed on November 27, 2018 (ECF No. 24). Defendants' Reply in Support of their Motion was filed on December 4, 2018 (ECF No. 25).

**Pending Motions:** There is currently pending one motion. The pending motion is Defendants' Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action (ECF No. 20). A Hearing date has not been scheduled.

DATED this 10th day of January, 2019.

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: _/s/ Chwttt_
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4680
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff, AMERICAN
STRATEGIC INSURANCE CORP.

DATED this 10th day of January, 2019.

SANTORO WHITMIRE

By: _/s/ James E. Whitmire_
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Attorneys for Defendants,
EUSEBIO V. AGONIAS and
PAMATMAT D. AGONIAS

545941_1

## ORDER

Consistent with the foregoing, the parties are instructed to file a supplemental Joint Status Report in twenty-one (21) days with such deadline being January 31, 2019. Should the matter be resolved in the meantime, the parties are to file an appropriate Stipulation and Order.

**IT IS HEREBY SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: January 16, 2019

Submitted by,

KOELLER, NEBEKER CARLSON
   & HALUCK, LLP


By: _____
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
EILEEN C. LUTTRELL, ESQ.
Nevada Bar No. 4680
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff,
AMERICAN STRATEGIC INSURANCE CORP.